UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

CASE NO. 8:25-bk-09486-CED

KEVIN MICHAEL GODWIN AND
MONICA PATRICIA GODWIN,

CHAPTER 13

    Debtors.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, FLORIDA CREDIT UNION hereby files its Notice of Appearance in the above-captioned case. The undersigned attorney for FLORIDA CREDIT UNION requests that all notices of the matters arising herein be duly served on him at the address hereinunder noted.

Dated this 2nd day of January 2026.

    /s/ J. BLAIR BOYD
    JAMES E. SORENSON (FL Bar #0086525)
    D. TYLER VAN LEUVEN (FL Bar #0178705)
    J. BLAIR BOYD (FL Bar #28840) &
    STEPHEN A. ORSILLO (FL Bar # 89377)
    Sorenson Van Leuven, PLLC.
    Post Office Box 3637
    Tallahassee, Florida 32315-3637
    Telephone (850) 388-0500
    Facsimile (850) 391-6800
    bk@svllaw.com
    Attorneys for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been furnished to Sanad M Hamad & Megan Klotz, The Law Offices of Robert M Geller, 807 W Azeele Street, Tampa, FL 33606, Attorneys for Debtors and Kelly Remick, Chapter 13 Standing Trustee, PO Box 89948, Tampa, FL 33689, Trustee, by electronic means or U.S. Mail on this 2nd day of January 2026.

    /s/ J. BLAIR BOYD
    Attorney